United States Bankruptcy Court

Northern District of California

Trautman,

    Plaintiff                                          Adv. Proc. No. 24-05031-HLB

U.S. Department of Education,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0971-5 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 24, 2026 | Form ID: pdfeoc | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Geoffrey M. Khotim, Neeley Law Firm, PLC, 1120 S Dobson Rd., Ste 230, Chandler, AZ 85286-6170 |
| | + Ken Neeley, Geoffrey M. Khotim, NEELEY LAW, 1120 S. Dobson Road, Suite 230, Chandler, AZ 85286-6170 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael T. Pyle | |
| | on behalf of Defendant U.S. Department of Education Michael.T.Pyle@usdoj.gov  Elizabeth.Inocencio@usdoj.gov |

TOTAL: 1



**Signed and Filed: April 24, 2026**

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5087
Email: michael.t.pyle@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF EDUCATION

## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No. 18-br-50171-HLB |
| LINDA JOYCE TRAUTMAN, | Chapter 13 |
| Debtor. | Adversary Proceeding No. 24-ap-5031-HLB |
| LINDA JOYCE TRAUTMAN, | **ORDER APPROVING STIPULATION** |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, | |
| Defendant. | |

ORDER APPROVING STIPULATION
NO. 24-BR-50171-HLB CN 13

## <u>ORDER APPROVING STIPULATION</u>

This proceeding comes before the court on a Stipulation filed by Plaintiff/Debtor Linda Joyce Trautman and Defendant United States Department of Education ("DOE"). *See* Dkt. No. 28. The Court has analyzed the Stipulation, finds it well-taken, and **ORDERS** as follows:

1. The Stipulation is hereby **APPROVED**;

2. The initial scheduling conference is hereby **CONTINUED** to 2:00 p.m. on July 2, 2026.

**\*\* END OF ORDER \*\***

ORDER APPROVING STIPULATION
NO. 24-BR-50171-HLB CN 13

## COURT SERVICE LIST

Ken Neeley
Geoffrey M. Khotim
Neeley Law
1120 S. Dobson Road, Suite 230
Chandler, Arizona 85286
Tel: (480) 802-4647
Email: ECF@neeleylaw.com

*Counsel for Plaintiff/Debtor*

ORDER APPROVING STIPULATION
NO. 24-BR-50171-HLB CN 13